UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                         2:05-cr-5-FtM-33SPC

ALEXIS MIGUEL GONZALEZ
_____

**ORDER**

This matter comes before the Court on Gonzalez's Motion for Determination of Competency (Doc. #202) filed on August 25, 2005. Magistrate Judge Sheri Polster Chappell issued a report and recommendation (Doc. #367) on November 23, 2005, recommending that Gonzalez be found competent to stand trial or to enter a plea of guilty. No objections were filed to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b()1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district

judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law and those matters to which objections were filed, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motions.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED**:

1.  The magistrate judge's report and recommendation (Doc. #367) is **ACCEPTED and ADOPTED.**

2.  The Court finds Gonzalez competent to stand trial or enter a plea of guilty.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>12th</u> day of December, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record